AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA
vs.
LAWRENCE BRIAN MCGEE

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 18 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

CASE NUMBER: 3:03-cr-78-LRH(VPC)
USM NUMBER: 37755-048

Vito de la Cruz AFPD
DEFENDANT'S ATTORNEY

**THE DEFENDANT**:

(✓) admitted guilt to violating condition(s) __(See Below)__ of the term of supervision.

( ) was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from the use of a controlled substance and submit to testing. | 11/2/10 |
| 3 | Defendant shall notify probation of change in residence or employment. | 11/2/10 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(✓) The defendant has not violated condition(s) _as alleged in paragraph 2 of the Petition_ and is discharged as to such violation(s) of conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material changes in economic circumstances.

Last Four Digits of Defendant's Soc.Sec.: 0464

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:

In Custody

NOVEMBER 15, 2010
Date of Imposition of Judgment

*/s/ signature*
Signature of Judge

LARRY R. HICKS
U.S. DISTRICT JUDGE
Name and Title of Judge

11/17/10
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: LAWRENCE BRIAN MCGEE | Judgment - Page 2 |
| CASE NUMBER: 3:03-cr-78-LRH(VPC) | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TEN (10) MONTHS**                                                                                   .

(✓)  The court makes the following recommendations to the Bureau of Prisons:
    **FCI HERLONG**

(✓)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:
    ( )  at _____ a.m./p.m. on _____
    ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( )  before 2 p.m. on _____
    ( )  as notified by the United States Marshal.
    ( )  as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____
Deputy U.S. Marshal